# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| WILLY SAWVELL, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-115 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:15-cr-25) |
| Respondent. | * | |

### ORDER

Presently before the Court is the Magistrate Judge's August 28, 2017, Report and Recommendation, dkt. no. 7, to which Petitioner Willy Sawvell ("Sawvell") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DENIES** Sawvell's Motion to Vacate, Set Aside, or Correct his Sentence, brought pursuant to 28 U.S.C. § 2255, **DENIES** Sawvell a certificate of appealability, and **DENIES** Sawvell leave to proceed *in forma pauperis* on appeal.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case

**SO ORDERED**, this 24 day of October, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA